```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 12568
   LARRY GODFREY
   DORIS GODFREY                                CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-5887     SSN XXX-XX-9892


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/31/2004 and was confirmed 06/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 06/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    CURRENT MORTG          .00              .00            .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE      8991.31              .00        8991.31
ASSOCIATED RECOVERY SYST UNSECURED         NOT FILED             .00            .00
CAPITAL ONE BANK         UNSECURED            855.83             .00          85.58
CARSON PIRIE SCOTT       UNSECURED         NOT FILED             .00            .00
CONSUMER CREDIT SERVICES UNSECURED         NOT FILED             .00            .00
*CCS PAYMENT PROCESSING  UNSECURED              .00              .00            .00
RESURGENT CAPITAL SERVIC UNSECURED            503.53             .00          50.35
CITY OF CHICAGO REVENUE  UNSECURED           2130.00             .00         213.00
PORTFOLIO RECOVERY ASSOC UNSECURED            872.68             .00          87.27
HARRIS & HARRIS          NOTICE  ONLY      NOT FILED             .00            .00
MIDLAND CREDIT MANAGEMEN NOTICE  ONLY      NOT FILED             .00            .00
NATIONAL ASSET RECOVERY  NOTICE  ONLY      NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED            171.91             .00          17.19
HOMECOMINGS FINANCIAL NE NOTICE  ONLY      NOT FILED             .00            .00
PLAZA ASSOCIATES         NOTICE  ONLY      NOT FILED             .00            .00
RISK MANAGEMENT ALTERNAT NOTICE  ONLY      NOT FILED             .00            .00
RISK MANAGEMENT ALTERNAT NOTICE  ONLY      NOT FILED             .00            .00
RISK MANAGEMENT ALTERNAT NOTICE  ONLY      NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED            799.28             .00          79.93
WELLS FARGO FINANCIAL BA UNSECURED         NOT FILED             .00            .00
CITY OF CHICAGO WATER DE SECURED              349.98             .00         349.98
HOMECOMINGS FINANCIAL    COST OF COLLE       600.00              .00         600.00
ROUNDUP FUNDING LLC      UNSECURED            705.90             .00          70.59
ASSET ACCEPTANCE CORP    UNSECURED           1534.80             .00         153.48
CAPITAL ONE BANK         UNSECURED            984.84             .00          98.48
LEGAL HELPERS PC         DEBTOR ATTY        2,100.00                       2,100.00
TOM VAUGHN               TRUSTEE                                             725.09
DEBTOR REFUND            REFUND                                              217.75

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 12568 LARRY GODFREY & DORIS GODFREY
```

```
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      13,840.00

PRIORITY                                                    .00
SECURED                                                9,941.29
UNSECURED                                                855.87
ADMINISTRATIVE                                         2,100.00
TRUSTEE COMPENSATION                                     725.09
DEBTOR REFUND                                            217.75
                          ---------------      ---------------
TOTALS                       13,840.00              13,840.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 12568 LARRY GODFREY & DORIS GODFREY